## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

RONALD C. WILLIAMS,

        Petitioner

        v.

JACK SOMMERS, SUPERINTENDENT;
LIEUTENANT ZAJACZOWSKI; SCI-
WAYMART CHAPLAINCY, DEACON M.
LORENZ, REVEREND PARRY; JOSEPH
GRILLO, ACTING CLASSIFICATION
MANAGER,

        Respondents

: No. 31 WM 2018
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of May, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.